®AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **the District of Columbia**

America First Legal Foundation
                                Plaintiff (s),
V.

Department of Defense
                                Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1-22-cv-01266

Notice is hereby given that, subject to approval by the court, **America First Legal Foundation** substitutes
(Party (s) Name)

**Reed D. Rubinstein**, State Bar No. **400153** as counsel of record in
(Name of New Attorney)

place of **Tyler J. Sanderson**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:         America First Legal Foundation
   Address:           300 Independence Avenue SE
   Telephone:         (202) 964-3721            Facsimile
   E-Mail (Optional): reed.rubinstein@aflegal.org

I consent to the above substitution.
Date:    1/27/2023
                                                        *FOR AFL*
                                                        (Signature of Party (s))

I consent to being substituted.
Date:    1/27/2023
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    1/27/2023
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    1/27/23
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]